FALL 1812.  THE present verdict sanctioning a contract be-
I. District.   tween a counsellor and attorney, on an event de-
LIVINGSTON  pending on the issue of a suit, and the reward sti-
*vs.*      pulated for being a part of the object in dispute,
CORNELL.    is contrary to law and ought to be set aside.

NEW TRIAL GRANTED.

*Mazureau* and *Depeyster*, for the plaintiff.
*Ellery*, for the defendant.

---

READ vs. BAILEY.  *ANTE*, 60.

Plaintiff  *Ellery*, for the plaintiff, during the vacation,
needs not a filed a supplemental answer, in which he inserted
judge's order
to his inter- additional interrogatories, and had obtained a
rogatories, & judge's order, at chambers, that the defendant
cannot  file
new   ones, might answer them.
without leave
to amend.   *Grymes*, for the defendant.  The plaintiff, if he
be at all entitled to have his interrogatories answer-
ed by the defendant, does not need any judge's
order.  That is required in cases only when the
defendant propounds interrogatories to the plaintiff.

A SUPPLEMENTAL petition is an amendment
to the original one.  The party is never allowed
to amend of course.  He must apply for leave *to
the Court*, and shew good ground; and his oppo-
nent must have an opportunity of shewing cause

against the amendment. This, therefore, cannot be done at the chambers of a judge.

OF this opinion was *the Court.*